IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DONALD W. LEE,<br><br>　　　　　　　Defendant. | 4:14CB3007<br>VIOLATION 1752501<br><br>ORDER |

　　　　Government has moved to continue defendant's initial appearance. (Filing No. 7). As explained by counsel, the defendant needs additional time pay the violation. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

　　　　IT IS ORDERED:

　　　　1)　　Government's motion to continue, (filing no. 7), is granted.

　　　　2)　　The defendant's initial appearance will be held before the undersigned magistrate judge on March 5, 2015 at 1:30 p.m.. **The defendant is ordered to appear at this hearing if the violation is not paid in full by that time**.

　　　　3)　　For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

　　　　4)　　The government shall serve this order on the defendant and shall file a certificate of service identifying the manner and date of such service.

December 4, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge